# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN ANTHONY SERA, | * | |
| ADC #112463, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:10-cv-00514-JJV |
| GREG HARMON; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court will hold a hearing in this case on Friday, April 13, 2012, on Plaintiff's Motion to Compel Answers and Motion for Extension of Time to Complete Discovery (Doc. Nos. 24, 25). By Tuesday, April 10, 2012, Plaintiff shall advise defense counsel of the names of the individuals he alleges are interfering with his attorney-client mail.

The Arkansas Department of Correction is directed to ensure Plaintiff's attendance, along with his institutional, medical, and psychiatric files, at the hearing on Friday, April 13, 2012, at 10:00 a.m. in Courtroom 2C of the Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 6th day of April, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE