IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN ANTHONY SERA, ADC #112463, | * * * | |
| Plaintiff, | * | |
| v. | * * | No. 4:10-cv-00514-JJV |
| GREG HARMON; *et al.,* | * * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this <u>13th</u> day of December, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1