**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STEVEN ANTHONY SERA, | * | |
| ADC #112463, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:10-cv-00514-JJV |
| | * | |
| GREG HARMON; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of December, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1